Jethro M. Eisenstein (JE 6848)
PROFETA & EISENSTEIN
14 Wall Street, 22nd Floor
New York, New York 10005
Tel. No.: (212) 577-6500
Fax No.: (212) 577-6702

*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

CARAVAN, LTD.

      Plaintiff,

  -against-

DANA KAY, INC., J.C. PENNEY CO.,
INC., MACY'S and CATHERINE
STORES CORPORATION,

------------------------------------

Docket No.:

RULE 7.1 STATEMENT

    Pursuant to Rule 7.1, FRCP, the undersigned attorney for Plaintiff Caravan Ltd., states that no publicly held corporation owns 10% or more of the stock of Caravan, Ltd..

Dated:   New York, New York
         May 20, 2008

                                              */s/ Jethro M. Eisenstein*
                                          Jethro M. Eisenstein (JE 6848)