# EXHIBIT A TO ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS