

DSC00706_edited.jpg, 640 x 480 [~34K]



DSC00707_edited.jpg, 640 x 480 [~42K]



DSC00708.jpg, 640 x 480 [~30K]



Reply   Reply All   Forward
As Attachment

Previous | Next

Move  ·  Delete

Back To [INBOX]

1:08-CV-4781 - Exhibit A to Answer - 6/6