

DSC00693.jpg, 640 x 480 [~44K]



DSC00694_edited.jpg, 640 x 480 [~43K]



DSC00695.jpg, 640 x 480 [~43K]



DSC00696_edited.jpg, 640 x 480 [~53K]



DSC00697_edited.jpg, 640 x 480 [~35K]