

DSC00685_edited.jpg, 640 x 480 [~47K]



DSC00689.jpg, 640 x 480 [~35K]



DSC00690_edited.jpg, 640 x 480 [~41K]



DSC00691_edited.jpg, 640 x 480 [~29K]



DSC00692_edited.jpg, 640 x 480 [~42K]

http://mail.fogelandwachs.com/scripts/mail/read.mail?folder=INBOX&order=Newest&mv... 7/16/2008

1:08-cv-4781 - Exhibit A to Answer - 3/6