## Email

🖨 **Printable Version**                                                                    Flag this message.

From:    "Jethro Eisenstein" <jethro19@gmail.com>   [Save Address] [Block Sender] [Report Spam]
To:      "Louis Fogel" <lfogel@fogelandwachs.com>
CC:
Subject: Fwd: Caravan v. Dana Kay, Penney, Macys & Catherine Stores
Date:    Wednesday, July 16, 2008 5:21:44 PM

**Show Full Headers**

[ Move ]   · [ Delete ]                                                              [ Back To [INBOX] ]

[ Reply ]  [ Reply All ]  [ Forward ]
As Attachment   ·                                                                     Previous | Next

---------- Forwarded message ----------
From: **jethro eisenstein** <jethro19@gmail.com>
Date: Thu, Jun 26, 2008 at 12:34 PM
Subject: Caravan v. Dana Kay, Penney, Macys & Catherine Stores
To: Louis Fogel <lfogel@fogelandwachs.com>

Louis

Here are the photographs you requested.
Jethro

Jethro M. Eisenstein
Profeta & Eisenstein
14 Wall Street
New York, NY 10005-2101
(212) 577-6500 ph (212) 577 6702 fax
jethro19@gmail.com

--
Jethro Eisenstein
Profeta & Eisenstein
14 Wall Street
New York, NY 10005-2101
212 577 6500
jethro19@gmail.com

**DSC00680_edited.jpg, 640 x 480 [~50K]**



**DSC00684.jpg, 640 x 480 [~45K]**

http://mail.fogelandwachs.com/scripts/mail/read.mail?folder=INBOX&order=Newest&mv...   7/16/2008

1:08-cv-4781 - Exhibit A to Answer - 2/6