

1:08-CV-4781 · Exhibit A to AnsweR - 1/6