PROFETA & EISENSTEIN
14 WALL STREET
22ND FLOOR
NEW YORK, NEW YORK 10005-2101
(212) 577-6500

TELECOPIER
(212) 577-6702
E-MAIL: PEJGI@AOL.COM

JETHRO M. EISENSTEIN
FREDRIC J. PROFETA, JR.

OF COUNSEL
BERNARD A. HELFAT
CONSTANCE M. BURKE
MICHAEL J. ORLOTSKY *

* ALSO A MEMBER OF THE
DISTRICT OF COLUMBIA BAR
† ALSO A MEMBER OF NEW JERSEY BAR

July 29, 2008

**SO ORDERED**

*[signature: George B. Daniels]*
HON. GEORGE B. DANIELS
JUL 30 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 30 2008

VIA TELECOPY

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: Caravan v. Dana Kay, JC Penny,
       Macy's and Catherine Stores
       08 CV 4781 (GBD)

Dear Judge Daniels:

  We represent the plaintiff in the above-captioned action. We are presently schedule for an initial pre-trial conference before Your Honor on Wednesday, July 30, 2008 at 9:30 a.m. Together with counsel for defendants we are requesting an adjournment of the conference to August 13, 2008 at 9:45 a.m.

         Respectfully,

         *[signature]* by SAS
         Jethro M. Eisenstein

JME/s
CC: Louis Fogel, Esq. (VIA TELECOPY)